UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2017 NOV 15 PM 12: 01

UNITED STATES OF AMERICA

v.

**MARCUS A. BISHOP, JR.**

INDICTMENT

NO. 3:17CR-159-CRS

18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1

On or about November 7, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARCUS A. BISHOP, JR.**, knowingly and intentionally possessed with the intent to distribute one hundred grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

The Grand Jury further charges:

## COUNT 2

On or about November 7, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARCUS A. BISHOP, JR.**, knowingly possessed a firearm,

specifically, a Glock, Model: 23, .40 caliber semiautomatic pistol, bearing serial number BATL938, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession of heroin with the intent to distribute, as alleged in Count 1 of this indictment.

In violation of 18, United States Code, Section 924(c)(1)(A).

## NOTICE OF FORFEITURE

Upon conviction of the controlled substance offense alleged in Count 1 of this Indictment, the defendant, **MARCUS A. BISHOP, JR.,** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

As a result of committing an offense in violation of Title 18, United States Code, Section 924(c)(1)(A), as alleged in Count 2 of this Indictment, a felony punishable for more than one year, the defendant, **MARCUS A. BISHOP, JR.,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to: a Glock Model 23, .40 caliber semiautomatic pistol, bearing serial number BATL938; a Cobra, Model FS380, .380 caliber pistol, bearing serial number FS114633; a Taurus, Model PT738, .380 caliber pistol, bearing serial number 1D106649; and ammunition.

A TRUE BILL.

*REDACTED*

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:EGM

UNITED STATES OF AMERICA v. MARCUS A. BISHOP, JR.

## P E N A L T I E S

Count 1: NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4yrs. Supervised Release
Count 2: NL 5 yrs. consecutive/NM Life/$250,000/both/NM 5 yrs. Supervised Release
Forfeiture

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1.   **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

     For offenses occurring after December 12, 1987:

     No **INTEREST** will accrue on fines under $2,500.00.

     **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

     **PENALTIES** of:

     10% of fine balance if payment more than 30 days late.

     15% of fine balance if payment more than 90 days late.

2.   Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.   Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

     If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

      1.      That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

      2.      Give bond for payment thereof.

      18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF

2017 NOV 15 PM 12: 01

FORM DBD-34
JUN.85

No. 3:17CR-159-CRS

# UNITED STATES DISTRICT COURT

Western District of Kentucky
at Louisville

## THE UNITED STATES OF AMERICA

vs.

### MARCUS A. BISHOP, JR.

## INDICTMENT

**Title 21 U.S.C. § 841(a)(1) and (b)(1)(B);**
**Title 18 U.S.C. § 924(c)(1)(A);**
**Knowingly and Intentionally Possessed with the Intent to Distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance;**
**Knowingly Possessed a Firearm in Furtherance of a Drug Trafficking Crime.**

*A true bill.*
**REDACTED**

*Filed in open court this 15th day of November, 2017.*

*Clerk*

*Bail, $*